JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-377 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| ANTHONY NAIL | Date: January 4, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for January 4, 2013, at the request of the defense and be continued until February 15, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation.

**IT IS FURTHER STIPULATED** that the time from January 4, 2013, through February 15, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: January 3, 2013         Benjamin B. Wagner
                              United States Attorney

                              /S/ Matthew Morris
                              By:  Matthew Morris
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date: January 3, 2013         /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ANTHONY NAIL

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 4, 2013, and is ordered to be re-calendared for February 15, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from January 4, 2013, through February 15, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: January 4, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge