JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-377 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| ANTHONY NAIL ) | Date: March 29, 2013 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for March 29, 2013, at the request of the defense and be continued until April 26, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation.

**IT IS FURTHER STIPULATED** that the time from March 29, 2013, through April 26, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the

Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date: March 28, 2013 | Benjamin B. Wagner<br>United States Attorney |
| | /S/ Matthew Morris<br>By: Matthew Morris<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Date: March 28, 2013 | /S/ Jeffrey L. Staniels<br>JEFFREY L. STANIELS<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTHONY NAIL |

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 29, 2013, and is ordered to be re-calendared for April 26, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 29, 2013, through April 26, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court

Date: March 28, 2013

Garland E. Burrell, Jr.
Senior U.S. District Judge