Michael J. Aye, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-377 GEB |
| | ) | |
| PLAINTIFF, | ) | **AMENDED** |
| | ) | AGREEMENT AND STIPULATION OF |
| v. | ) | THE PARTIES TO CONTINUE THE |
| | ) | STATUS CONFERENCE TO |
| ANTHONY NAIL, | ) | FRIDAY, AUGUST 16, 2013 |
| | ) | WITH TIME EXCLUDED UNDER THE |
| | ) | SPEEDY TRIAL ACT AND PROPOSED |
| | ) | ORDER |
| DEFENDANT. | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Michael J. Aye, Attorney at Law, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for June 21, 2013, at the request of the defense and be continued until August 19, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation which may include an assessment of the physical evidence in this case. Such assessment, due to the nature of the content, will substantial work that has not yet begun and will require the court to issue a protective order.

**IT IS FURTHER STIPULATED** that the time from June 21, 2013, through August 19, 2013, be excluded from computation of time within which the

1

trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4. (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED**.

Date: June 20, 2013

```
_____
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff
```

Date: June 20, 2013

```
_____
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
ANTHONY NAIL
```

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for June 21, 2013, and is ordered to be re-calendared for August 16, 2013, at 9:00 a.m. Time is excluded from computation of time within which the trial of this matter must be commenced from June 21, 2013, through August 16, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated: June 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2